# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-692
Lower Tribunal No. 21-CF-000713

_____

SHANE RICHARD PERRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Thomas Reese, Judge.

February 27, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and WHITE, JJ., concur.

Howard L. "Rex" Dimmig, II, Public Defender, and Brett S. Chase, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED